### JANES v. FINNY.

An agreement respecting leasing and conveying real estate and not to be performed in one year, is within the statute, made to prevent frauds and perjuries.

ACTION of the case, declaring upon a parol agreement, that in consideration of certain services to be performed by the plaintiff, the defendant on the 27th of February A. D. 17 agreed to let to the plaintiff a clothier's mill and business, for the term of three years then next, and to rebuild said mill by the 1st of September then next, and to put it in good repair. Also to find dyeing stuff for said term, and to let the plaintiff have half an acre of land for a garden, to find him fire wood and the use of one-half of the defendant's dwelling-house for three years and to go into possession on the 1st of May next — which he had not performed, etc.

The defendant plead the Statute against Frauds and Perjuries in bar. Demurrer.

Judgment — That the plea is sufficient. This action is brought upon an agreement respecting lands and real property, and is not to be performed within one year.